**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MAHJOUBA SUNADA, ) | | 3:15-CV-0181-MMD (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | January 7, 2016 |
| ) | | |
| WAL-MART, et al. ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The District Court has accepted and adopted the report of the magistrate judge in its entirety (#14).  Therefore, Count I of plaintiff's complaint (#5) shall proceed against defendants Wal-Mart and Jason Schmidt.  Counts II and III of plaintiff's complaint (#5) are dismissed.

The Clerk shall **ISSUE** summonses for **Wal-Mart** and **Jason Schmidt** and send the same to the U.S. Marshal.  The Clerk shall **SEND** to plaintiff two USM-285 forms.  The Clerk shall **SEND** two copies of the complaint (#5), two copies of the court's order (#14), and two copies of this order to the U.S. Marshal for service on the defendants.  Plaintiff shall have until **Friday, February 5, 2016** to complete the USM-285 service forms and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV  89501 for service.

If plaintiff fails to follow this order, defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
        Deputy Clerk